RECEIVED
IN LAKE CHARLES, LA

SEP - 9 2010

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JUSTIN LORENZO THOMAS<br>LA. DOC # 514967 | CIVIL ACTION NO. 09-1527<br>SECTION P |
| VS. | |
| TERRY TERRELL, ET AL. | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE